**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

NATHAN BEMENT,
an individual,

      Plaintiff,

v.                                                                                          Case No. 1:25-cv-25511-CMA

INTERNATIONAL BROTHERHOOD OF TEAMSTERS,
LOCAL 769, a labor organization; THOMAS ESPOSITO,
individually and in his official capacity as Business Agent,

      Defendants.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer

Review, and Discipline of Attorneys of the United States District Court for the Southern District

of Florida, the undersigned respectfully moves for the admission *pro hac vice* of John M. Pierce

of the law firm of John Pierce Law P.C., 21550 Oxnard St., 3rd Floor, Woodland Hills, CA

91367, (321) 961-1848, for purposes of appearance as co-counsel on behalf of Nathan Bement in

the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures,

to permit John M. Pierce to receive electronic filings in this case, and in support thereof states as follows:

1.      John M. Pierce is not admitted to practice in the Southern District of Florida and is a member in good standing of the California Bar and the United States District Court for the Central District of California (as well as numerous other federal district courts and federal appellate courts and United States Supreme Court).

2.      Movant, Anthony F. Sabatini, Esquire, of the law firm of Sabatini Law Firm P.A., 1601 E. 1st Ave. Mount Dora, FL 32757, (352) 455-2928, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3.      In accordance with the local rules of this Court, John M. Pierce has made payment of this Court's $200 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4.      John M. Pierce, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to John M. Pierce at email address: jpierce@johnpiercelaw.com.

5.      WHEREFORE, Anthony F. Sabatini, moves this Court to enter an Order John M. Pierce, to appear before this Court on behalf of Nathan Bement, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to John M. Pierce.

Dated: March 9, 2026

Respectfully submitted,

/s/ Anthony F. Sabatini

Anthony F. Sabatini, Esq.
Florida Bar No. 1018163
Sabatini Law Firm P.A.
1601 E. 1st Ave.
Mount Dora, FL 32757
Telephone: (352) 455-2928
Email: anthony@sabatinilegal.com
*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**


NATHAN BEMENT,
an individual,

      Plaintiff,


v.                                      Case No. 1:25-cv-25511-CMA


INTERNATIONAL BROTHERHOOD OF TEAMSTERS,
LOCAL 769, a labor organization; THOMAS ESPOSITO,
individually and in his official capacity as Business Agent,

      Defendants.

_____/


**<u>CERTIFICATION OF JOHN M. PIERCE</u>**


      John M. Pierce, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida;  (2) I am a member in good standing of the California Bar and the United States District Court for the Central District of California (as well as numerous other federal district courts and federal appellate courts and United States Supreme Court); and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

Dated: March 9, 2026

Respectfully submitted,

/s/ John M. Pierce

John M. Pierce, Esq.
CA Bar No. 250443
John Pierce Law P.C.
21550 Oxnard St., 3rd Floor
Woodland Hills, CA 91367
Telephone: (321) 292-2366
Email: jpierce@johnpiercelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2026, a true and correct copy of the foregoing was served via CM/ECF on all counsel of record, or if no appearance has been entered, will be served upon perfection of service.


/s/ Anthony F. Sabatini

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

NATHAN BEMENT,
an individual,

     Plaintiff,

v.                                                                          Case No. 1:25-cv-25511-CMA

INTERNATIONAL BROTHERHOOD OF TEAMSTERS,
LOCAL 769, a labor organization; THOMAS ESPOSITO,
individually and in his official capacity as Business Agent,

     Defendants.

_____/

**[PROPOSED] ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for

John M. Pierce, Consent to Designation, and Request to Electronically Receive Notices of

Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer

Review, and Discipline of Attorneys in the United States District Court for the Southern District

of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having

considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED.   John M. Pierce, may appear and participate in this action on behalf of Nathan Bement.  The Clerk shall provide electronic notification of all electronic filings to John M. Pierce, at jpierce@johnpiercelaw.com.

DONE AND ORDERED in Chambers at _____, Florida, this _____ day of _____.

_____

CECILIA M. ALTONAGA

CHIEF UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record