**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 25-25511-CIV-ALTONAGA/Reid**

**NATHAN BEMENT**,

Plaintiff,

v.

**INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 769**, *et al*.,

Defendants.
_________________________________/

**ORDER SCHEDULING MEDIATION**

The mediation conference in this matter shall be held with Mediator Alvin Capp on **August 25, 2026, at 10:00 a.m.** via Video Conference. The parties are reminded that a report of the mediation is due within seven (7) days of the mediation conference.

**ENTERED** in Miami, Florida, this 7th day of May, 2026.

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record