**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-25511-CIV-ALTONAGA/Reid**

**NATHAN BEMENT**,

Plaintiff,

v.

**INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 769**, *et al.*,

Defendants.
_______________________________________/

# ORDER

**THIS CAUSE** came before the Court at a June 10, 2026 hearing [ECF No. 46], addressing Defendants' Motion to Dismiss [ECF No. 39]. For the reasons stated in open court, it is

**ORDERED AND ADJUDGED** that the Motion to Dismiss [ECF No. 39] is **GRANTED in part**. Counts **II and III** of the Second Amended Complaint [ECF No. 34] are **DISMISSED without prejudice**. Defendants shall file an answer to the Second Amended Complaint **[ECF No. 34]** by **June 22, 2026**.

Further, Defendants' counsel, Howard Susskind, appeared before the Court today (*see* June 10, 2026 Min. Entry [ECF No. 46]), but he has not yet filed a notice of appearance (*see generally* Dkt.). Should Mr. Susskind wish to receive filings in this case, he is instructed to file a notice of appearance.

**DONE AND ORDERED** in Miami, Florida, this 10th day of June, 2026.

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record